**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| LAUREN HUGHES,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 1:26-cv-01889-DAE |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Apple Inc. ("Apple") gives notice that Jeff Homrig of Weil, Gotshal & Manges LLP, 600 Congress Avenue, Suite 2170, Austin, Texas 78701, who is admitted to practice in this Court, hereby enters an appearance as counsel for Apple.

Please address all documents, papers, pleadings, and other materials in this action to the attention of the undersigned counsel.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Jeff Homrig*
JEFF HOMRIG
Jeff.Homrig@weil.com
State Bar No. 24129988
WEIL, GOTSHAL & MANGES LLP
600 Congress Avenue, Suite 2170
Austin, TX 78701
Tel: 512-487-1481
Fax: 512-487-1520

*Attorney for Apple Inc.*

**NOTICE OF APPEARANCE OF COUNSEL**           **1**

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Lauren Hughes*

/s/ Jenae D. Ward
Jenae D. Ward

**NOTICE OF APPEARANCE OF COUNSEL**                                                  **2**