## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Lauren Hughes**

_____

**-vs-**

**Apple Inc.**

**Case No.:**  **1:26-cv-01889-DAE**_____

_____

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Morgan D. MacBride**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____**Defendant Apple Inc.**_____ in this case, and would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Weil, Gotshal & Manges LLP**_____,

with offices at

Mailing address:      **201 Redwood Shores Parkway, 6th Floor**_____

City, State, Zip Code:      **Redwood Shores, CA 94065**_____

Telephone:      **650-802-3000**_____

Facsimile:      **650-802-3100**_____

Email:      **morgan.macbride@weil.com**_____

2.  Since _____2014_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____**California**_____.

Applicant's bar license number is _____**301248**_____.

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| **California State** | **12/9/2014** |
| **Northern District of California** | **12/14/2015** |
| **Central District of California** | **8/18/2016** |
| **Southern District of California** | **8/9/2018** |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

- 2 -

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:               **Jeff Homrig**

Mailing address:          **600 Congress Avenue, Suite 2170**

City, State, Zip Code:       **Austin, TX 78701**

Telephone:              **512-487-1481**

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.   Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

- 3 -

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **Morgan D. MacBride** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **Morgan D. MacBride** _____
[printed name of Applicant]

_____
[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __17th__ day of __July_____, __2026_____.

_____ **Morgan D. MacBride** _____
[printed name of Applicant]

_____
[signature of Applicant]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Lauren Hughes**

_____

-vs-                                                          Case No.  **1:26-cv-01889-DAE**_____

**Apple Inc.**


_____


## O R D E R


BE IT REMEMBERED on this the _____ day of _____, 20____, there

was presented to the Court the Motion for Admission _Pro Hac Vice_ filed by

_____**Morgan D. MacBride**_____ ("Applicant"), counsel for _____**Defendant Apple Inc.**_____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission _Pro Hac Vice_ is GRANTED, and Applicant

may appear on behalf of _____**Defendant Apple Inc.**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's _Pro Hac Vice_ status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.


_____

UNITED STATES DISTRICT JUDGE