UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Lauren Hughes                        §
                                     §
vs.                                  §        NO:  AU:26-CV-01889-DAE
                                     §
Apple Inc                            §

## O R D ER

**BE IT REMEMBERED** on  this  the  20th day of July, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Morgan D. MacBride, counsel for  Apple Inc. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Morgan D. MacBride may appear on behalf of Apple Inc. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 20th day of July, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE